```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MANCHANDA,                                                         :
                                                                   :
                              Plaintiff,                           :
                                                                   :            22-cv-1750 (LJL)
             -v-                                                   :
                                                                   :               ORDER
ACOSTA et al.,                                                     :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On July 24, 2023, the Clerk of Court received a communication from an individual who is not a party to this case and has not filed a notice of appearance. Accordingly, the Court will not file the communication on the docket or otherwise take notice of it.

On January 9, 2023, the Court determined that it lacked subject matter jurisdiction to hear this action and remanded the case to the Attorney Grievance Committee, Supreme Court, Appellate Division, First Judicial Department of the State of New York, County of New York. Thus, the Court lacks jurisdiction to take further action in this matter. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated: August 9, 2023
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge